**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USTREAM, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 13-965-UNA |

**PLAINTIFF HBAC MATCHMAKER MEDIA, INC.'S
DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Plaintiff HBAC MatchMaker Media, Inc. ("HBAC") hereby submits its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. HBAC does not have a parent company and no publicly held corporation owns 10% or more of HBAC.

| | |
|---|---|
| May 31, 2013 | BAYARD, P.A. |
| Of Counsel: | /s/ *Vanessa R. Tiradentes* <br> Richard D. Kirk (rk0922) |
| Eric J. Carsten <br> Marc A. Fenster <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire Boulevard 12th Floor <br> Los Angeles, California 90025 <br> (310) 826-7474 <br> ecarsten@raklaw.com <br> mfenster@raklaw.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE  19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> (302) 655-5000 |
| | *Attorneys for Plaintiff HBAC MatchMaker Media, Inc.* |